IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> AMPHENOL CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 17-360 (VAC) (MPT)

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs 3M Company and 3M Innovative Properties Company ("Plaintiffs") hereby dismiss all claims asserted against defendant Amphenol Corp. in this action without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Michael P. Kahn
Michael N. Petegorsky
Matthew B. Weiss
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
(212) 872-1000

Rehan Safiullah
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street
Houston, TX  77002
(713) 220-5800

May 3, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 3, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Jeffrey T. Castellano, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Michael N. Rader, Esquire<br>Chelsea A. Loughran, Esquire<br>Turhan F. Sarwar, Esquire<br>WOLF GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA  02210<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)